UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD WESLEY BRYAN,

       Petitioner,  No.14-5147BHS/KLS

 v.

PAT GLEBE,        ORDER GRANTING MOTION TO
             PROCEED IN FORMA PAUPERIS

       Respondent.

  Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is **GRANTED**.

Petitioner does not appear to have funds available to afford the $5.00 filing fee.

  The Clerk is directed to mail a copy of this Order to Petitioner.

  **DATED** 21day of February, 2014.

                Karen L. Strombom
                United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1