1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD WESLEY BRYAN,

Petitioner,

v.

PAT GLEBE,

Respondent.

CASE NO. C14-5147 BHS-KLS

ORDER FOR SERVICE AND
RETURN, § 2254 PETITION

13

14

15

16

17

18

19

20

21

22

23

24

The Court hereby **ORDERS** as follows:

(1)     The Clerk shall arrange for service by certified mail upon Respondent and the

Attorney General for the State of Washington, copies of the petition, and all documents in

support thereof.  All costs of service shall be advanced by the United States.  The Clerk shall

assemble the necessary documents to effect service.  In addition, the Clerk shall send Petitioner a

copy of the Order and Pro Se Instruction Sheet.

(2)     Within forty-five (45) days after such service, Respondent(s) shall file and serve

an answer in accordance with Rule 5 of the Rules Governing §2254 Cases in United States

District Courts.  As part of such answer, Respondent(s) should state whether Petitioner has

exhausted available state remedies, whether an evidentiary hearing is necessary, and whether

there is any issue of abuse or delay under Rule 9.  Respondent(s) shall not file a dispositive

ORDER FOR SERVICE AND RETURN, § 2254
PETITION- 1

1   motion in place of an answer without first showing cause as to why an answer is inadequate.

2   Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer

3   upon petitioner.

4        (3)    The answer will be treated in accordance with Local Rule CR 7.  Accordingly,

5   upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday

6   after the answer is filed, Petitioner may file and serve a response not later than on the Monday

7   immediately preceding the Friday appointed for consideration of the matter, and Respondent

8   may file and serve a reply brief not later than on the Thursday immediately preceding the Friday

9   designated for consideration of the matter.

10        **DATED** this 23 day of October, 2013.

11

12                                  Karen L. Strombom

13                                  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER FOR SERVICE AND RETURN, § 2254
PETITION- 2