UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD WESLEY BRYAN,

          Petitioner,

  v.

PAT GLEBE,

          Respondent.

No. C14-5147 BHS-KLS

BRIEFING SCHEDULE

This case has been re-referred to the undersigned for further proceedings pursuant to the Mandate of the Ninth Circuit Court of Appeals. Dkt. 25. It is, therefore, **ORDERED**:

1. Respondent shall file and serve his answer to brief and relevant state court record **on or before March 7, 2016.**

2. Upon receipt of Respondent's brief, the Clerk will note the matter for consideration on the fourth Friday after the brief is filed. Petitioner may file and serve a response to Respondent's brief not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

**DATED** this 25th day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1