UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD WESLEY BRYAN,<br><br>                      Petitioner,<br>  v.<br><br>PAT GLEBE,<br><br>                      Respondent. | No. C14-5147 BHS-KLS<br><br>ORDER GRANTING MOTION TO FILE SUPPLEMENTAL MEMORANDUM AND SETTING ANSWER DATE |

Before the Court is petitioner's motion to supplement the record with his memorandum in support of equitable tolling. Dkt. 38.  Accordingly, it is **ORDERED:**

1.  Petitioner's motion (Dkt. 38) is **GRANTED.**

**2.**  Respondent shall file his Answer to petitioner's memorandum **on or before October 17, 2016.**  The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

//

ORDER - 1

2.  The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 1st day of September, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2