UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD WESLEY BRYAN,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>PAT GLEBE,<br><br>　　　　　　　　　　Respondent. | No. C14-5147 BHS-KLS<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION |

Before the Court is Petitioner's motion to extend his deadline to respond to Respondent's Supplemental Answer (Dkt. 40). Dkt. 42. *Id*. Respondent opposes the requested extension. Dkt. 43. The Court finds that the requested extension is not unreasonable or prejudicial. Accordingly, it is **ORDERED:**

1. Petitioner's motion (Dkt. 42) is **GRANTED.** Petitioner shall file his response to Respondent's Supplemental Answer by **November 14, 2016.** There will be no further extensions of this deadline.

2. Respondent may file and serve a reply not later than **November 18, 2016.** The Clerk shall note the matter for consideration on **November 18, 2016.**

**DATED** this 2nd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　*Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1